### 15671.  CARTER v. THE STATE.

BLOODWORTH, J.  1.  When read with the remainder of the charge of the court, the instruction that "it is not necessary that more than one witness be produced against the defendant, if the testimony establishes the charge made in the bill of indictment beyond a reasonable doubt," is not erroneous for any reason alleged.

2. There is no merit in any of the special grounds of the motion for a new trial, and there is evidence to support the verdict.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED AUGUST 8, 1924.

Selling whisky; from Appling superior court—Judge Highsmith. April 18, 1924.

*J. B. Moore,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.